UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
EMERY LEON MITCHEM, JR.,                                               :
:
                              Plaintiff,           :        23-CV-7320 (JMF)
:
            -v-                                                  :        <u>ORDER TO SHOW</u>
:                <u>CAUSE</u>
NEW YORK UNIVERSITY et al.,                                            :
:
                             Defendants.         :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Complaint in this case was filed with the Court on August 17, 2023, *see* ECF No. 1, but the docket does not reflect that the Complaint was ever served on the Defendants. Accordingly, it is hereby ORDERED that the Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that the Defendants have been served, when and in what manner such service was made.

       If the Court does not receive any communication from Plaintiff by **December 11, 2023**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

       Additionally, the initial pretrial conference (currently scheduled for November 28, 2023, *see* ECF No. 5) is ADJOURNED to **January 30, 2024,** at **9:00 a.m.**

       Finally, Plaintiff is directed (1) to notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **December 4, 2023**. If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

       SO ORDERED.

Dated: November 27, 2023
       New York, New York                    _____
                                                        JESSE M. FURMAN
                                                       United States District Judge