UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
EMERY LEON MITCHEM, JR.,

                        Plaintiff,                         23-CV-7320 (JMF)

         -v-                                    MEDIATION REFERRAL
                                               ORDER
NEW YORK UNIVERSITY et al.,

                      Defendants.
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

       SO ORDERED.

Dated: January 26, 2024
       New York, New York
                                                   JESSE M. FURMAN
                                           United States District Judge