# BALLON STOLL P.C.

**COUNSELLORS AT LAW**          **FOUNDED 1931**          810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

June 13, 2024

MARSHALL B. BELLOVIN
(212) 575-7900 ext. 3270
mbellovin@ballonstoll.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10007

Re:   Mitchem, Jr. v. New York University et al
       Case No.: 1:23-cv-07320

Dear Judge Furman:

Please be advised that upon that Ballon Stoll P.C., attorneys Marshall Bellovin, Esq and Steven Balken, Esq., no longer represent the plaintiff in the above-referenced action. We respectfully request that the aforementioned attorneys' names be removed from the docket and no subsequent ECF notifications be sent to the following e-mail addresses: mbellovin@ballonstoll.com, ballonstolldistribution@ballonstoll.com, obrunson@ballonstoll.com and sbalken@ballonstoll.com.

Respectfully submitted,

_s/Marshall Bellovin_
Marshall B. Bellovin, Esq. (MB5508)
Member of the Firm

Steven Balken (SB 0525)

CC:   All Counsel of Record (via ECF)
       Zoe Salzman, Esq. (via e-mail)