UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EMERY LEON MITCHEM, JR.,                                          :
:
Plaintiff,                                                         :
:                    23-CV-7320 (JMF)
-v-                                                                :
:                        ORDER
NEW YORK UNIVERSITY et al.,                                       :
:
Defendants.                                                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed on the record at this morning's telephone conference:

- As a courtesy, the fact discovery is extended to **October 10, 2024**. In light of the history of this case, the parties should treat that as a firm date and should not expect further extensions to be granted.

- The Court will hold a pretrial conference on **October 15, 2024**, at **9:00 a.m.** The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.

- By separate Order to be entered today, the Court will refer the case to the assigned Magistrate Judge for Settlement. The parties should, when they believe appropriate, contact the chambers of the assigned Magistrate Judge to schedule a settlement conference — to be conducted before the close of fact discovery.

    SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                                          JESSE M. FURMAN
                                                          United States District Judge