UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                     :

EMERY LEON MITCHEM, JR.,              :
                                       :

                    Plaintiff,         :         23-CV-7320 (JMF) (KHP)
                                       :

           -v-                       :         <u>ORDER OF REFERENCE</u>
                                       :         <u>TO A MAGISTRATE</u>

NEW YORK UNIVERSITY et al.,        :         <u>JUDGE</u>
                                       :

                  Defendants.      :
                                       :
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

        This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| **_X_** | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

        SO ORDERED.

Dated: June 21, 2024
       New York, New York               _____
                                    JESSE M. FURMAN
                                   United States District Judge