<div style="text-align:center">

## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

</div>

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | MONDAIRE JONES<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>NICK BOURLAND<br>HANNAH BRUDNEY<br>DANIEL M. EISENBERG<br>ARIADNE M. ELLSWORTH<br>SARA LUZ ESTELA<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER<br>RACHAEL WYANT |

July 2, 2024

*Via ECF*

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Emery Mitchem Jr., v. New York University, et al.*, 23 Cv. 7320

Your Honor:

Plaintiff writes to respectfully request an adjournment of the pre-settlement conference presently scheduled for July 30, 2024, as Plaintiff's counsel will be undergoing a medical procedure on that date. This is the first request for adjournment of this conference. Defendant consents to the request. Both parties are available July 31, August 2, or August 6-9.

<div style="margin-left:50%">

Respectfully submitted,

/s/
Zoe Salzman
Ariadne Ellsworth

</div>

**APPLICATION GRANTED:** The telephone conference in this matter scheduled for Tuesday, July 30, 2024 at 2:00 p.m. is hereby rescheduled to **Wednesday, August 7, 2024 at 3:30 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
07/03/2024